```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

Hollie Mae Barton,

    Plaintiff,

  v.                                Case No. 2:20-cv-2182

Commissioner of
Social Security,

    Defendant.

## ORDER

This matter is before the court for consideration of the March 25, 2021, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). See Doc. 16. The magistrate judge recommended that the plaintiff's statement of errors be overruled, and that the decision of the Commissioner be affirmed.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would result in a waiver of the right to have the district judge review the report and recommendation de novo and would operate as a waiver of the right to appeal the decision of the district court adopting the report and recommendation. Doc. 16, p. 11. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court agrees with the recommendation of the magistrate judge and adopts the report and recommendation (Doc. 16). Plaintiff's statement of errors is overruled, and the decision of the Commissioner is affirmed. The Clerk is directed to enter final

judgment in favor of the Commissioner.

Date: April 12, 2021                    s/James L. Graham
                                  James L. Graham
                                  United States District Judge